IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Crude Processing, Inc., a North Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| EOG Resources, Inc., a Delaware corporation, | ) ) ) | Case No. 4:12-cv-93 |
| Defendant. | ) | |

_____

On August 15, 2012, the parties filed a Stipulation for Extension of Time. The court **ADOPTS** the parties' stipulation (Docket No. 5) and **ORDERS** that Defendant EOG Resources, Inc. shall have until September 15, 2012 to file an answer or otherwise respond to Plaintiff's complaint.

Dated this 17th day of August, 2012.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge