**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Crude Processing, Inc., a North Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER ADOPTING STIPULATION FOR EXTENSION OF TIME** |
| | ) | |
| vs. | ) ) | Case No. 4:12-cv-093 |
| EOG Resources, Inc., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

_____

Before the court is a Stipulation for Extension of Time filed October 15, 2012. The court

**ADOPTS** the stipulation (Docket No. 9) and **ORDERS** that Defendant EOG Resources, Inc. shall

have until November 15, 2012 to file an answer or otherwise respond to Plaintiff's complaint.

Dated this 16th day of October, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge